# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.  3:14cr104/RV/HTC
3:17cv672/RV/HTC

DARIUS D. WILLIAMS
_____/

## **ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated January 31, 2020. ECF No. 76. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Motion to Vacate, Set Aside, or Correct Sentence (ECF Doc. 67) is **DENIED**.


3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 3rd day of April, 2020.

                                          /s/ Roger Vinson               /
                                          **ROGER VINSON**
                                          **SENIOR DISTRICT JUDGE**